1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL J. MILLER; TERANCE M.
MAHER; MAX H. OWEN; MAHER
FINANCIAL SERVICES PPST; DAVID
MICHAUD; BRUCE A. BURRIS; WAYNE
LARSON (MAURICE A. LARSON GST
TRUST); HUGH THOMAS, JR. IRA #4949;
GARY L. PETERSEN; MARLAYNE C.
MILLER; GARY M. CUMMINGS; JOE W.
KIRKPATRICK; JOE W. KIRKPATRICK,
IRA #40427; DAVID O'BANNON; DORIS T.
REA (EXECUTOR OF ESTATE CLAUDIA
REA BROWERS); BRUCE LAMBERT
REVOCABLE LIVING TRUST; KEVIN M.
CUMMINGS TRUST, GARY CUMMINGS
TRUSTEE; SIMONE MERCER; DANIEL M.
LAVIK; THE 4 D's INVESTMENT CLUB;
CHESTERFIELD MORTGAGE INVESTORS,
INC.; ESTATE OF CHARLES R. ST. JOHN
(ST. JOHN - FEE FAMILY LLC); ESTATE
OF HARRY A. KIEHL; ROGER C. CLINE;
PETER VERMEULEN (VERMEULEN
FAMILY LLC); JOSEPHINE S.
VERMEULEN, TRUSTEE (J.S.
VERMEULEN LIVING TRUST);
JOSEPHINE S. VERMEULEN, TRUSTEE
(GST EXEMPT FAMILY TRUST OF A.
VERMEULEN); ALICE LYN LARKSPUR
REVOCABLE TRUST; WOLSDORF LIVING
TRUST; DAVID ROOK; JAMES G.
BENNETT; DORIS M. STROM; JAMES
ROSE; JOAN AMES; RON IBSEN; WAYNE

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 2:13-cv-00911 RAJ

PLAINTIFFS' FIRST AMENDED
COMPLAINT FOR DAMAGES

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES - 1

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

D. PORTER; BARBARA R. SORENSEN )
LIVING TRUST; )
                                  )
                    Plaintiffs, )
                                  )
        v.                        )
                                  )
HAROLD S. McCLOUD AND DEBRA A.    )
McCLOUD; and THOMAS J. POWER AND  )
JANE DOE POWER,                   )
                                  )
                    Defendants.   )

## I.   PARTIES

1.1   <u>Plaintiffs</u>. Plaintiffs are:

1.1.1.   Plaintiff Daniel J. Miller is a resident of King County, Washington. Mr. Miller was an investor in the promissory note secured by a deed of trust on the Palladium Cabaret/Disco property described below.

1.1.2.   Plaintiff Terance M. Maher is a resident of King County, Washington. Mr. Maher was an investor in the promissory note secured by a deed of trust on the Palladium Cabaret/Disco property described below.

1.1.3.   Plaintiff Max H. Owen is a resident of Pierce County, Washington. Mr. Owen was an investor in the promissory note secured by a deed of trust on the Palladium Cabaret/Disco property described below.

1.1.4.   Plaintiff Maher Financial Services PPST is a resident of King County, Washington. Maher Financial Services was an investor in the promissory note secured by a deed of trust on the Palladium Cabaret/Disco property described below.

1.1.5.   Plaintiff David Michaud is a resident of King County, Washington. Mr. Michaud was an investor in the promissory note secured by a deed of trust on the Palladium

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES - 2

N:\CLIENTS\29598\1\PLEADINGS\1R.FINAL.AMEND.COMPLAINT.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Cabaret/Disco property described below.

1.1.6.   Plaintiff Bruce A. Burris is a resident of Pierce County, Washington. Mr. Burris was an investor in the promissory note secured by a deed of trust on the Palladium Cabaret/Disco property described below.

1.1.7.   Plaintiff Wayne Larson (Maurice A. Larson GST Trust) is a resident of Alaska. Mr. Larson was an investor in the promissory note secured by a deed of trust on the Palladium Cabaret/Disco property described below.

1.1.8.   Plaintiff Hugh Thomas, Jr. IRA #4949 is a resident of Grant County, Washington. Mr. Thomas was an investor in the promissory note secured by a deed of trust on the Palladium Cabaret/Disco property described below.

1.1.9.   Plaintiff Gary L. Petersen is a resident of Kitsap County, Washington. Mr. Petersen was an investor in the promissory note secured by a deed of trust on the Palladium Cabaret/Disco property described below.

1.1.10. Plaintiff Marlayne C. Miller is a resident of Island County, Washington. Ms. Miller was an investor in the promissory note secured by a deed of trust on the Palladium Cabaret/Disco property described below.

1.1.11. Plaintiff Gary M. Cummings is a resident of King County, Washington. Mr. Cummings was an investor in the promissory note secured by a deed of trust on the Palladium Cabaret/Disco property described below.

1.1.12. Plaintiff Joe W. Kirkpatrick, IRA #40427 is a resident of Benton County, Washington. Mr. Kirkpatrick was an investor in the promissory note secured by a deed of trust on the Palladium Cabaret/Disco property described below.

1.1.13. Plaintiff Joe W. Kirkpatrick is a resident of Benton County, Washington.

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Mr. Kirkpatrick was an investor in the promissory note secured by a deed of trust on the Palladium Cabaret/Disco property described below.

      1.1.14. Plaintiff David O'Bannon is a resident of Lewis County, Washington. Mr. O'Bannon was an investor in the promissory note secured by a deed of trust on the Palladium Cabaret/Disco property described below.

      1.1.15. Plaintiff Doris T. Rea (Executor of Estate Claudia Rea Browers) is a resident of King County, Washington. Ms. Rea was an investor in the promissory note secured by a deed of trust on the Palladium Cabaret/Disco property described below.

      1.1.16. Plaintiff Bruce Lambert Revocable Living Trust is a resident of Pima County, Arizona. The Bruce Lambert Revocable Living Trust was an investor in the promissory note secured by a deed of trust on the Palladium Cabaret/Disco property described below.

      1.1.17. Plaintiff Kevin M. Cummings Trust, Gary Cummings Trustee is a resident of King County, Washington. The Kevin M. Cummings Trust was an investor in the promissory note secured by a deed of trust on the Palladium Cabaret/Disco property described below.

      1.1.18. Plaintiff Simone Mercer is a resident of King County, Washington. Simone Mercer was an investor in the promissory note secured by a deed of trust on the Palladium Cabaret/Disco property described below.

      1.1.19. Plaintiff Daniel M. Lavik is a resident of King County, Washington. Mr. Lavik was an investor in the promissory note secured by a deed of trust on the Palladium Cabaret/Disco property described below.

      1.1.20. Plaintiff 4 D's Investment Club is a resident of King County,

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Washington. The 4 D's Investment Club was an investor in the promissory note secured by a deed of trust on the Palladium Cabaret/Disco property described below.

1.1.21. Plaintiff Chesterfield Mortgage Investors, Inc. is a resident of King County, Washington. Chesterfield Mortgage Investors, Inc. retained a fractional interest in the promissory note secured by a deed of trust on the Palladium Cabaret/Disco property described below. Chesterfield Mortgage Investors, Inc. is under the receivership of Mel Codd.

1.1.22. Plaintiff Estate of Charles R. St. John (St. John - Fee Family LLC) is a resident of Summit County, Ohio. The Estate of Charles R. St. John was an investor in the promissory note secured by a deed of trust on the Palladium Cabaret/Disco property described below.

1.1.23. Plaintiff Estate of Harry A. Kiehl is a resident of King County, Washington. The Estate of Harry A. Kiehl was an investor in the promissory note secured by a deed of trust on the Palladium Cabaret/Disco property described below.

1.1.24. Plaintiff Roger C. Cline is a resident of Skagit County, Washington. Roger C. Cline was an investor in the promissory note secured by a deed of trust on the Palladium Cabaret/Disco property described below.

1.1.25. Plaintiff Peter Vermeulen is a resident of King County, Washington. Peter Vermeulen was an investor in the promissory note secured by a deed of trust on the Palladium Cabaret/Disco property described below.

1.1.26. Plaintiff Josephine S. Vermeulen (Trustee of J.S. Vermeulen Living Trust) is a resident of Maricopa County, Arizona. The J.S. Vermeulen Living Trust was an investor in the promissory note secured by a deed of trust on the Palladium Cabaret/Disco property described below.

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES - 5

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\29598\1\PLEADINGS\IR.FINAL.AMEND.COMPLAINT.DOC

1

1.1.27. Plaintiff Josephine S. Vermeulen (Trustee of the GST Exempt Family

2

Trust of A. Vermeulen) is a resident of Maricopa County, Arizona. The GST Exempt Family

3

Trust of A. Vermeulen was an investor in the promissory note secured by a deed of trust on the

4

Palladium Cabaret/Disco property described below.

5

1.1.28. Plaintiff Alice Lyn Larkspur Revocable Trust is a resident of Kitsap

6

County, Washington. The Alice Lyn Larkspur Revocable Trust was an investor in the

7

promissory note secured by a deed of trust on the Palladium Cabaret/Disco property described

8

9

below.

10

1.1.29. Plaintiff Wolsdorf Living Trust is a resident of Whatcom County,

11

Washington. The Wolsdorf Living Trust was an investor in the promissory note secured by a

12

deed of trust on the Palladium Cabaret/Disco property described below.

13

14

1.1.30. Plaintiff David Rook is a resident of King County, Washington. David

15

Rook was an investor in the promissory note secured by a deed of trust on the Palladium

16

Cabaret/Disco property described below.

17

1.1.31. Plaintiff James Bennett is a resident of Mason County, Washington.

18

James Bennett was an investor in the promissory note secured by a deed of trust on the

19

Palladium Cabaret/Disco property described below.

20

21

1.1.32. Plaintiff Doris M. Strom is a resident of King County, Washington.

22

Doris M. Strom was an investor in the promissory note secured by a deed of trust on the

23

Palladium Cabaret/Disco property described below.

24

1.1.33. Plaintiff James Rose is a resident of King County, Washington. James

25

Rose was an investor in the promissory note secured by a deed of trust on the Palladium

26

Cabaret/Disco property described below.

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES - 6

N:\CLIENTS\29598\1\PLEADINGS\IR.FINAL.AMEND.COMPLAINT.DOC

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1.1.34. Plaintiff Joan Ames is a resident of Pierce County, Washington. Joan Ames was an investor in the promissory note secured by a deed of trust on the Palladium Cabaret/Disco property described below.

1.1.35. Plaintiff Ron Ibsen is a resident of King County, Washington. Ron Ibsen was an investor in the promissory note secured by a deed of trust on the Palladium Cabaret/Disco property described below.

1.1.36. Plaintiff Wayne Porter is a resident of King County, Washington. Wayne Porter was an investor in the promissory note secured by a deed of trust on the Palladium Cabaret/Disco property described below.

1.1.37. Plaintiff Barbara R. Sorensen Living Trust is a resident of Pierce County, Washington. The Barbara R. Sorensen Living Trust was an investor in the promissory note secured by a deed of trust on the Palladium Cabaret/Disco property described below.

1.2     Defendants McCloud. Defendants Harold S. McCloud and Debra A. McCloud are residents of Colorado. All acts performed by Mr. McCloud related to this matter were performed on behalf of his marital community.

1.3     Defendants Power. Defendants Thomas J. Power and Jane Doe Power are residents of Colorado. All acts performed by Mr. Power related to this matter were performed on behalf of his marital community.

## II.     JURISDICTION AND VENUE

2.1     Subject Matter Jurisdiction. This court has subject-matter jurisdiction over this action under RCW 2.08.010.

2.2     Personal Jurisdiction. The Court has personal jurisdiction over all parties.

2.3     Venue. Venue is proper in this Court under CR 82(a).

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES - 7

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

### III.    FACTUAL ALLEGATIONS

3.1    <u>CMI</u>. Chesterfield Mortgage Investors, Inc. (hereinafter referred to as "CMI") was a Washington corporation with its principal place of business located in Seattle, Washington.

3.2    <u>CMI's Business</u>. At all relevant times, CMI was in the business of making loans to borrowers. The loans were evidenced by a promissory note payable from the borrower to CMI and secured by a deed of trust. CMI sold participation interests in the promissory notes and deeds of trust to the investors. CMI assigned undivided fractional interests in the deed of trust to the individual investors based upon the amount invested. CMI retained a fractional interest in the deed of trust.

3.3    <u>Palladium Cabaret Appraisal</u>. MJR One, LLC and MJR Two, LLC ("MJR") owned the Palladium Cabaret/Disco Building ("Palladium Cabaret/Disco"), located in the greater Denver, Colorado area. MJR sought a $3.1 million loan from CMI. CMI hired the defendants to appraise the Palladium Cabaret/Disco property. The appraisal was issued on April 31, 2006, and valued the property at: (a) $5,350,000 "as is;" (b) $6,650,000 upon completion of certain improvements; and (c) valued the personal property at an additional $1,870,000. The defendants were aware the appraisal would be used to cause potential investors in a securities offering to loan money secured by the Palladium Cabaret/Disco property and expressly consented to such use. This action arises from that appraisal.

3.4    <u>Loan and Sale of Participation Interests</u>. With defendants' appraisal in hand, CMI lent $3.1 million to MJR secured by the Palladium Cabaret/Disco property. CMI sold participation interests in the loan. Before doing so, it provided each of the investors, including plaintiffs, with a specific offering circular that included photocopies of the signed appraisal

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES - 8

N:\CLIENTS\29598\1\PLEADINGS\IR.FINAL.AMEND.COMPLAINT.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1  prepared by defendants.

2       3.5    <u>Default by MJR</u>. MJR defaulted on the loan and the property was sold at a

3  trustee's sale on February 9, 2012 for a gross amount of $1,399,000.

4       3.6    <u>Negligent Misrepresentation</u>. Defendants negligently or intentionally

5  misrepresented material information regarding the properties in their appraisals. Defendants

6  falsely represented the fair market value of the properties under the guise of a professional

7  appraisal. The representation was material to the plaintiffs' determination whether to lend

8  money or purchase a participation interest in the promissory note and deed of trust relating to

9  the property. Defendants intended that the false representations would be acted upon by the

10  plaintiffs. The plaintiffs were ignorant of the falsity of the representations of defendants.

11  Plaintiffs justifiably relied on the truth of the representations when lending and when

12  purchasing investment interests from CMI. Plaintiffs had the right to rely upon the

13  representations of defendants. As a proximate consequence, plaintiffs suffered significant

14  monetary damage, including, without limitation, the loss of the return of his investment.

15       3.7    <u>Negligence</u>. Defendants are liable for negligence, which proximately caused the

16  plaintiffs damage as described above. Without limitation, defendants, in the course of their

17  business and profession, or in a transaction in which they had a pecuniary interest, supplied

18  false information for the guidance of the plaintiffs in their business transactions. Defendants

19  failed to exercise reasonable care or competence in obtaining or communicating the

20  information. Defendants are subject to liability for the pecuniary loss caused by plaintiffs'

21  justifiable reliance upon the information.

22       3.8    <u>Washington State Securities Act</u>. Defendants violated the Securities Act of

23  Washington. Defendants are "sellers" of securities as the term is construed under the Securities

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES - 9

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\29598\1\PLEADINGS\IR.FINAL.AMEND.COMPLAINT.DOC

Act of Washington. In connection with the offer, sale, or purchase of a security:

a.    The defendants directly or indirectly employed a device, scheme, or artifice to defraud.

b.    The defendants directly or indirectly made an untrue statement of material fact or omitted to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading.

c.    The defendants directly or indirectly engaged in an act, practice, or course of business which operated or would operate as a fraud or deceit upon a person.

d.    Defendants are liable to plaintiffs under RCW 21.20.430.

3.9    <u>Consumer Protection Act</u>. Defendants are liable under the Consumer Protection Act, RCW 19.86.010, to .920. The conduct described above was an unfair or deceptive act or practice that occurred in trade or commerce, affected the public interest, and caused injury to the plaintiffs' business or property.

3.10    <u>Constructive Fraud</u>. Defendants have committed constructive fraud.

## IV.    CONCLUSION

Plaintiffs request the following relief:

4.1    <u>Money Damages</u>. For judgment against defendants, jointly and severally liable, for money damages;

4.2    <u>Exemplary Damages</u>. For exemplary damages as provided by law;

4.3    <u>Prejudgment Interest</u>. For prejudgment interest on all liquidated amounts.

4.4    <u>Fees and Costs</u>. For plaintiff's attorneys' fees and costs to the maximum extent authorized by law; and

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES - 10

N:\CLIENTS\29598\1\PLEADINGS\IR.FINAL.AMEND.COMPLAINT.DOC

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

4.5   <u>Other Relief</u>. For such further relief as deemed appropriate by the Court.

DATED this 18th day of June, 2013.

KELLER ROHRBACK L.L.P.


By:/*William C. Smart*
    William C. Smart, WSBA #8192
By:/*Isaac Ruiz*
    Isaac Riuz, WSBA #35237


Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
E-mail:  wsmart@kellerrohrback.com
           iruiz@kellerrohrback.com


GORDON TILDEN THOMAS & CORDELL
L.L.P.


By: s/*Jeffrey I. Tilden*
    Jeffrey I. Tilden, WSBA #12219
By: s/*Susannah Carr*
    Susannah Carr, WSBA #38475


Gordon Tilden Thomas & Cordell, LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Telephone:  (206) 467-6477
E-mail:  jtilden@gordontilden.com
           scarr@gordontilden.com


Attorneys for Plaintiffs

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES - 11

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\29598\1\PLEADINGS\IR.FINAL.AMEND.COMPLAINT.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Mr. Roy Umlauf
Forsberg & Umlauf PS
901 Fifth Avenue
Suite 1400
Seattle, WA 98164-1039
*Attorneys for Defendants McCloud*

Mr. Bradley G. Davis
Bradley G. Davis Law Office, PLLC
2003 Western Avenue
Suite 460
Seattle, WA 98121
*Attorneys for Defendant Power*

Shannon McKeon
Legal Assistant
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900
(206) 623-3384 FAX

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES - 12

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\29598\1\PLEADINGS\IR.FINAL.AMEND.COMPLAINT.DOC