**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-1156-WJM-KLM

DANIEL J. MILLER,
TERANCE M. MAHER,
MAHER FINANCIAL SERVICES PPST,
DAVID MICHAUD,
BURRIS A. BRUCE,
WAYNE LARSON, Maurice A. Larson GST Trust,
HUGH THOMAS, JR. IRA 4949,
GARY L. PETERSEN,
MARLAYNE C. MILLER,
DAVID O'BANNON,
DORIS T. REA, Executor of Estate Claudia Rea Browers,
BRUCE LAMBERT REVOCABLE LIVING TRUST,
DANIEL M. LAVIK,
4 D'S INVESTMENT CLUB,
CHESTERFIELD MORTGAGE INVESTORS, INC.,
ESTATE OF CHARLES R. ST. JOHN, St. John Fee Family LLC,
ESTATE OF HARRY A. KIEHL,
ROGER C. CLINE,
PETER VERMEULEN, Vermeulen Family LLC,
JOSEPHINE S. VERMEULEN, Trustee (J.S. Vermeulen Living Trust),
JOSEPHINE S. VERMEULEN, Trustee (GST Exempt Family Trust of A. Vermeulen),
WOLSDORF LIVING TRUST,
DAVID ROOK,
JAMES G. BENNETT,
DORIS M. STROM,
JAMES ROSE,
RON IBSEN, and
WAYNE D. PORTER,

    Plaintiffs,

v.

HAROLD S. MCCLOUD,
THOMAS J. POWER, and
CORELOGIC COMMERCIAL REAL ESTATE SERVICES, INC.,

    Defendants.

FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered during the pendency of this case, and the Order Granting Defendants' Motions for Summary Judgment, entered by the Honorable William J. Martínez, United States District Judge, on February 10, 2016,

IT IS ORDERED that Defendant McCloud's Motion for Summary Judgment (ECF No. 88), as joined by Defendant Power (ECF No. 89), is GRANTED as to all claims.

IT IS FURTHER ORDERED that Defendant CoreLogic's Motion for Summary Judgment (ECF No. 90), as joined by Defendant Power (ECF No. 91), is GRANTED as to all claims.

IT IS FURTHER ORDERED that Final Judgment is entered in favor of Defendants on all claims and the action and complaint are dismissed.

IT IS FURTHER ORDERED that Defendants shall have their costs upon the filing of a Bill of Costs with the Clerk of Court within fourteen days' entry of Final Judgment.

Dated at Denver, Colorado, this 10th day of February, 2016.

BY THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Deborah Hansen
Deborah Hansen, Deputy Clerk